■ In the Matter of MERRICK T. and Another, Infants. ON-TARIO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SUSAN M.-T., Appellant. [866 NYS2d 839]—Appeal from an order of the Family Court, Seneca County (Dennis F. Bender, J.), entered October 27, 2006 in a proceeding pursuant to Family Court Act article 10. The order, insofar as appealed from, was entered upon a finding that respondent neglected her two children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Respondent mother appeals from an order of disposition that, upon a finding that she neglected her two children, placed the mother and her children under the supervision of the Seneca County Department of Social Services for a period of one year. Contrary to the mother's contention, the finding of neglect is supported by a preponderance of the evidence (*see Matter of Stephanie B.,* 245 AD2d 1062 [1997]). Following the fact-finding hearing, Family Court concluded that the mother "unreasonably . . . inflicted harm" upon one of her children

(Family Ct Act § 1012 [f] [i] [B]), and that the other child was derivatively neglected (*see Matter of Michelle M.,* 52 AD3d 1284 [2008]). In reviewing the court's determinations, we must accord great weight and deference to them, "including [the court's] drawing of inferences and assessment of credibility," and we will not disturb those determinations where, as here, they are supported by the record (*Matter of Shaylee R.,* 13 AD3d 1106, 1106 [2004]). Present—Martoche, J.P., Smith, Lunn, Pine and Gorski, JJ.